FILED
CLERK, U.S. DISTRICT COURT

MAR 31 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID RALPH CRAVER,<br><br>          Petitioner,<br><br>    v.<br><br>BETTYE S. TURNER,<br><br>          Respondent. | Case No. EDCV 08-561 VAP (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition without prejudice.

DATED: March 31 2009

VIRGINIA A. PHILLIPS
United States District Judge